RABEH M.A. SOOFI, ESQ. SBN 276015
AXIS Legal Counsel
5670 Wilshire Blvd. – 18th Floor
Los Angeles, CA 90036
Telephone:   (213) 403-0130
Facsimile:    (213) 403-0132
Email:          rsoofi@axislegalca.com

*Attorney for Scott McKenzie and*
*Christine McDonald a/k/a Christine McKenzie*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRET HANSEN<br><br>Plaintiff,<br><br>v.<br><br>MEEP MORP STUDIO LLC et al.<br><br>Defendants. | Case No.  5:17-cv-01762-CAS-JPR<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

TO THE COURT:

Please take notice that the parties, Plaintiff Barret Hansen, and Defendants Meep Morp Studio LLC, Scott McKenzie, and Christine McDonald a/k/a Christine McKenzie, reached a settlement of the entire case on August 22, 2018.

The parties will be in the process of memorializing their settlement terms in a written agreement and soon thereafter anticipate filing dismissals of all claims and causes of action in this litigation with prejudice. The parties request that the

1  Court vacate all dates and deadlines established in this action pending the filing of
2  such dismissal(s).
3  Dated:   August 22, 2018                          AXIS Legal Counsel

By: _____
   Rabeh M. A. Soofi
   *Attorneys for Meep Morp LLC*
   *Defendants Scott McKenzie and*
   *Christine McKenzie*

- 2 -    NOTICE OF SETTLEMENT OF ENTIRE CASE

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the State of California, County of Los Angeles.  I am over the age of 18 and not a party to the within suit; my business address is 5670 Wilshire Blvd. – 18th Floor, Los Angeles, CA 90036.

On **August 22, 2018,** I served the document described as:  Notice of Settlement of Entire Case

on the interested parties in this action by sending [  ] the original [or] [Y] a true copy thereof [Y] to interested parties as follows [or] [  ] as stated on the attached service list:  Ronald Rosenberg, Rosenberg & Koffman, ron@randklaw.com.

[XX]  **BY COURT'S ECF SYSTEM :** The following documents were filed and served in accordance with the United States District Court's Electronic Case File (ECF) system and served on all parties and their counsel appearing in such action to the email addresses registered and on file with the Court's system and records.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 22, 2018 at Los Angeles, California.

Rabeh M. A. Soofi
Type or Print Name                                   Signature

- 3 -    NOTICE OF SETTLEMENT OF ENTIRE CASE